IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LINDSAY CHENEY, JR.,

      Petitioner,                      No. CIV S-06-2095 LKK KJM P

      vs.

STATE OF CALIFORNIA, et al.,

      Respondents.               ORDER

_____/

      Petitioner has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1 | 2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 | pauperis form used by this district.
3 | DATED: October 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

10 | /mp
chen2095.101a